| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**           Henderson Recovery Inc.,

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA  Henderson Recovery

**3. Debtor's federal Employer Identification Number** (EIN)           81-5196518

**4. Debtor's address**

Principal place of business

1550 Channel Ave
Memphis, TN 38113
Number, Street, City, State & ZIP Code

Shelby
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Henderson Recovery Inc.,**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Henderson Recovery Inc.,** _____  Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **Henderson Recovery Inc.,** _____  Case number (*if known*) _____
<sub>Name</sub>

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Henderson Recovery Inc.,**     Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 9, 2025**
              MM / DD / YYYY

**X**   **/s/ Julie Henderson**             **Julie Henderson**
     Signature of authorized representative of debtor           Printed name

Title   **President**

**18. Signature of attorney**

**X**   **/s/ Toni Campbell Parker**          Date **June 9, 2025**
     Signature of attorney for debtor                   MM / DD / YYYY

**Toni Campbell Parker**
Printed name

**Law Firm of Toni Campbell Parker**
Firm name

**45 N. B.B. King Blvd Ste.201**
**Memphis, TN 38103**
Number, Street, City, State & ZIP Code

Contact phone **901-483-1020**     Email address **tparker002@att.net**

**006984 TN**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Henderson Recovery Inc.,**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TENNESSEE**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438 | | | | $13,593.83 | $0.00 | $13,593.83 |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438 | | | | $11,022.94 | $0.00 | $11,022.94 |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438 | | | | $10,504.54 | $0.00 | $10,504.54 |
| Chase<br>PO Box 650351<br>Dallas, TX 75265 | | **Maserati Levante** | | $59,172.42 | $0.00 | $59,172.42 |
| Clear Spring Property & Casualty Co<br>227 West Monroe Ste 3950<br>Chicago, IL 60606 | | | | | | $26,930.00 |
| Davenport Law<br>5900 South Lake Forest Dr. #300<br>West Palm Beach, FL 33401 | | | | $10,000.00 | $0.00 | $10,000.00 |
| First Citizens Bank<br>155 Commerce Way<br>Portsmouth, NH 03801 | | | | $6,751.04 | $0.00 | $6,751.04 |
| GEM Funding LLC<br>515 N Flagler Dr. Ste #P-300<br>West Palm Beach, FL 33401 | | | | $25,747.00 | $0.00 | $25,747.00 |

| Debtor | **Henderson Recovery Inc.,** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lendocity**  **29 W 36th St**  **New York, NY 10018** | | | | **$75,362.00** | **$0.00** | **$75,362.00** |
| **Samson Funding ("MCA")**  **17 State St. Ste.630**  **New York, NY 10004** | | | | **$136,518.00** | **$0.00** | **$136,518.00** |
| **Santandar Consumer USA.**  **PO Box 961246**  **Fort Worth, TX 76161** | | | | **$111,780.00** | **$0.00** | **$111,780.00** |
| **Santandar Consumer USA.**  **PO Box 961246**  **Fort Worth, TX 76161** | | | | **$104,892.47** | **$0.00** | **$104,892.47** |
| **Santandar Consumer USA.**  **PO Box 961246**  **Fort Worth, TX 76161** | | | | **$28,380.00** | **$0.00** | **$28,380.00** |
| **Santandar Consumer USA.**  **PO Box 961246**  **Fort Worth, TX 76161** | | | | **$19,470.00** | **$0.00** | **$19,470.00** |
| **Southern Bancrop**  **5218 Goodman Rd. Ste 201**  **Olive Branch, MS 38654** | | **Martin TN House** | | **$93,309.71** | **$0.00** | **$93,309.71** |
| **Southern Bancrop**  **5218 Goodman Rd. Ste 201**  **Olive Branch, MS 38654** | | **Building** | | **$188,504.81** | **$0.00** | **$188,504.81** |
| **TD Auto Finance**  **PO Box 100295**  **Columbia, SC 29202** | | **Maserati quattroporte** | | **$79,929.52** | **$0.00** | **$79,929.52** |
| **United First**  **2999 Ne 191st #901**  **Miami, FL 33180** | | | | **$128,218.00** | **$0.00** | **$128,218.00** |
| **Wells Fargo**  **PO Box 77096**  **Minneapolis, MN 55480** | | **Trailer** | | **$9,535.22** | **$0.00** | **$9,535.22** |

Ally Financial
PO Box 380901
Minneapolis, MN 55438

Ally Financial
PO Box 380901
Minneapolis, MN 55438

Ally Financial
PO Box 380901
Minneapolis, MN 55438

Chase
PO Box 650351
Dallas, TX 75265

Clear Spring Property & Casualty Co
227 West Monroe Ste 3950
Chicago, IL 60606

Davenport Law
5900 South Lake Forest Dr. #300
West Palm Beach, FL 33401

First Citizens Bank
155 Commerce Way
Portsmouth, NH 03801

GEM Funding LLC
515 N Flagler Dr. Ste #P-300
West Palm Beach, FL 33401

Lendocity
29 W 36th St
New York, NY 10018

Samson Funding ("MCA")
17 State St. Ste.630
New York, NY 10004

Santandar Consumer USA.
PO Box 961246
Fort Worth, TX 76161

Santandar Consumer USA.
PO Box 961246
Fort Worth, TX 76161

Santandar Consumer USA.
PO Box 961246
Fort Worth, TX 76161

Santandar Consumer USA.
PO Box 961246
Fort Worth, TX 76161

Southern Bancrop
5218 Goodman Rd. Ste 201
Olive Branch, MS 38654

Southern Bancrop
5218 Goodman Rd. Ste 201
Olive Branch, MS 38654

TD Auto Finance
PO Box 100295
Columbia, SC 29202

United First
2999 Ne 191st #901
Miami, FL 33180

Wells Fargo
PO Box 77096
Minneapolis, MN 55480

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Henderson Recovery Inc.,**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Henderson Recovery Inc.,**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 9, 2025**  
Date

**/s/ Toni Campbell Parker**  
**Toni Campbell Parker**  
Signature of Attorney or Litigant  
Counsel for  **Henderson Recovery Inc.,**  
**Law Firm of Toni Campbell Parker**  
**45 N. B.B. King Blvd Ste.201**  
**Memphis, TN 38103**  
**901-483-1020**  
**tparker002@att.net**